**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Terrance Lamont MOORE, Defendant–Appellant.**

**No. 02–6640.**

United States Court of Appeals, Fourth Circuit.

Submitted July 18, 2002.

Decided July 24, 2002.

Terrance Lamont Moore, Appellant Pro Se. John Samuel Bowler, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Terrance Lamont Moore seeks to appeal the district court's order denying his mo-

tion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Moore,* Nos. CR–98–13; CA–01–131–4–H (E.D.N.C. Mar. 11, 2002). We deny Moore's motion to transfer additional records from the district court because the record on appeal is complete. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*